# EXHIBIT 16

AMERICAN ARBITRATION ASSOCIATION

| MISSION WELLNESS PHARMACY, | AAA CASE NO.: 01-19-0000-3552 |
|---|---|
| Claimant, | Arbitrator: Charles Pereyra-Suarez, Esq. |
| v. | Final Hearing: 2/7/22 – 2/11/22 |
| CAREMARK, LLC, CAREMARK PCS, LLC, AND SILVERSCRIPT INSURANCE COMPANY | CLAIMANT'S EXHIBIT LIST |
| Respondent. | |

Claimant Mission Wellness Pharmacy ("Claimant") submits the following Exhibit List for the Final Hearing.

**I.   Pleadings and Discovery [Legal Documents]**

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
| | C200 | | Claimant's First Request for Production of Documents | 5.30.19 | |
| | C201 | | Respondents' Response to Submissions Regarding Documents Produced in Prior Arbitrations and Attorney Fees | 5.11.20 | |
| | C202 | | Respondent's Responses and Objections to Claimant's First Request for Production of Documents | 7.15.19 | |
| | C203 | | Respondents' Responses and Objections to Claimant's Second Request for Production of Documents | 11.11.19 | |
| | C204 | | LEFT BLANK INTENTIONALLY | | |
| | C205 | | LEFT BLANK INTENTIONALLY | | |

1

| | C206 | | LEFT BLANK INTENTIONALLY | | |
|---|---|---|---|---|---|
| | C207 | | LEFT BLANK INTENTIONALLY | | |
| | C208 | | LEFT BLANK INTENTIONALLY | | |

II.     **Legal Authorities and Subpoenas**

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
| | C209 | | Order Compelling Discovery | 1.24.20 | |
| | C210 | | Order for Discovery Sanctions and Interim Relief | 8.14.20 | |
| | C211 | | Order on Claimant's Second Motion for Sanctions | 11.6.20 | |
| | C212 | | Order on Claimant's Renewed Second Motion for Sanctions | 6.17.21 | |
| | C213 | | 42 C.F.R. 423.505(b)(18) – Contract Provisions | | McCall Dep. Exh. 102 |
| | C214 | | CMS publication re DIR Impact | 1.19.17 | |
| | C215 | | CMS - Medicare Part C and D Star Ratings Technical Notes | 10.10.19 | |
| | C216 | | Final 2019 DIR Reporting Requirements Memo | 4.23.20 | |
| | C217 | C05342-5346 | Final Order in Senderra v. Caremark AAA Case Number 01-18-0000-7001 | 7.23.19 | |
| | C218 | C05337-5341 | Interim Order in Senderra v. Caremark AAA Case Number 01-18-0000-7001 | 5.17.19 | |
| | C219 | C05332-5336 | Order and Judgment in Senderra Rx Partners, LLC v. CVS Health Corporation et al, CV-19-05816 | 6.17.20 | |
| | C220 | | Subpoena Duces Tecum and Ad Testificandum to CVS Specialty Pharmacy | 1.26.22 | |

| | | | | | |
|---|---|---|---|---|---|
| | C221 | | Subpoena Duces Tecum and Ad Testificandum to Gilead Sciences, Inc. | 1.26.22 | |
| | C222 | | Subpoena Duces Tecum and Ad Testificandum to University of California, San Francisco Medical Center | 1.26.22 | |
| | C223 | | Subpoena Duces Tecum and Ad Testificandum to Wellpartner, LLC | 1.26.22 | |
| | C224 | | LEFT BLANK INTENTIONALLY | | |

III.     Contract Documents between Claimant and Respondents

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
| | C225 | CMK_MSN_0004283-4286 | Caremark's Timeline Reconciliation and Reporting Bulletin | 6.21.16 | |
| | C226 | CMK_MSN_0007397-7398 | Caremark's 2018 Medicare Part D Performance Network Program Bulletin | 9.1.17 | |
| | C227 | CMK_MSN_0007424-7431 | 2018 Medicare Part D Specialty Drug Reimbursement Addendum to 2018 Medicare Part D Retail PNP | 12.8.17 | |
| | C228 | CMK_MSN_0007447-7448 | 2018 Medicare Part D PNP Specialty Drug Information | 12.8.17 | |
| | C229 | CMK_MSN_0007405-7407 | 2018 CVS Caremark Medicare Part D Performance Network Program Specialty Adherence Measure: List of Drugs Comprising the Therapeutic Classes | | |
| | C230 | CMK_MSN_0009189-9191 | 2019 CVS Caremark Medicare Part D Performance Network Program Specialty Adherence Measure: List of Drugs Comprising the Therapeutic Classes | | |

3

|  | C231 | CMK_MSN_0009950-9952 | 2020 CVS Caremark Medicare Part D Performance Network Program Specialty Adherence Measure: List of Drugs Comprising the Therapeutic Classes |  |  |
|---|---|---|---|---|---|
|  | C232 |  | 2021 CVS Caremark Medicare Part D Performance Network Program Specialty Adherence Measure: List of Drugs Comprising the Therapeutic Classes |  |  |
|  | C233 | CMK_MSN_0010145-10222 | Caremark's Specialty Drug Universe List Trimester 1 2018 |  |  |
|  | C234 | CMK_MSN_0010401-10482 | Caremark's Specialty Drug Universe List Trimester 2 2018 |  |  |
|  | C235 | CMK_MSN_0010568-10651 | Caremark's Specialty Drug Universe List Trimester 3 2018 |  |  |
|  | C236 | CMK_MSN_0010223-10309 | Caremark's Specialty Drug Universe List Trimester 1 2019 |  |  |
|  | C237 | CMK_MSN_0010483-10567 | Caremark's Specialty Drug Universe List Trimester 2 2019 |  |  |
|  | C238 | CMK_MSN_0009404-9488 | Caremark's Specialty Drug Universe List Trimester 3 2019 |  |  |
|  | C239 | CMK_MSN_0010310-10400 | Caremark's Specialty Drug Universe List Trimester 1 2020 |  |  |
|  | C240 |  | Caremark's Specialty Drug Universe List Trimester 2 2020 |  | Swanson Dep. Exh. 119 |
|  | C241 |  | Caremark's Specialty Drug Universe List Trimester 3 2020 |  |  |
|  | C242 |  | Caremark's Specialty Drug Universe List Trimester 1 2021 |  |  |
|  | C243 |  | Caremark's Specialty Drug Universe List Trimester 2 2021 |  |  |

|  | C244 |  | Caremark's Specialty Drug Universe List Trimester 3 2021 |  |  |
|---|---|---|---|---|---|
|  | C245 |  | LEFT BLANK INTENTIONALLY |  |  |
|  | C246 |  | LEFT BLANK INTENTIONALLY |  |  |
|  | C247 |  | LEFT BLANK INTENTIONALLY |  |  |

IV.   **Contract Documents among Respondents**

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
|  | C248 | CMK_MSN_000 7629-7639 | Contract with Approved Entity Pursuant to Sections 1860D-1 Through 1860D-43 of the Social Security Act for the Operation of a Voluntary Medicare Prescription Drug Plan between **CMS and SilverScript Insurance Company** | 9.18.17 |  |
|  | C249 | CMK_MSN_000 1023 | SilverScript- Plan Sponsor View Point Attachment |  |  |
|  | C250 | CMK_MSN_000 7640-7654 | Addendum to Contract For The Operation of A Voluntary Medicare Prescription Drug Plan between **SilverScript Insurance Co. and CMS** | 9.18.17 |  |
|  | C251 | CMK_MSN_000 7524-7538 | Caremark/SilverScript Contract for MTM | 9.21.16 |  |
|  | C252 |  | LEFT BLANK INTENTIONALLY |  |  |
|  | C253 |  | LEFT BLANK INTENTIONALLY |  |  |
|  | C254 |  | LEFT BLANK INTENTIONALLY |  |  |
|  | C255 |  | LEFT BLANK INTENTIONALLY |  |  |
|  | C256 |  | LEFT BLANK INTENTIONALLY |  |  |

V.   **Depositions, Transcripts and Exhibits for All Witnesses**

5

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
| | C257 | C04939-5212 | Deposition Transcript for Gina Redner in Senderra v. Caremark #1 | 1.31.19 | |
| | C258 | C05213-5331 | Deposition Transcript for Todd Meek in Senderra v. Caremark #1 | 1.31.19 | |
| | C259 | | Terri Swanson's CVS-Aetna Hearing Testimony | 6.5.19 | |
| | C260 | | Deposition Transcript of Steven McCall | 3.18.21 | |
| | C261 | | Exhibits to Steven McCall's Deposition | | a. Exh. 1 – Claimant's Corporate Representative Deposition Notice to Respondents<br>b. Exh. 30 - 2020 Performance Network Program – Trimester Report T1<br>c. Exh. 31 - 2020 Performance Network Program – Trimester Report T2<br>d. Exh. 44 – 1.1.13 Prescription Benefit Service Agreement between **Caremark and SilverScript Insurance Company** |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | e. Exh. 82 – 9.20.11 Medicare Prescription Drug Benefit Manual – Chapter 5 Section 50.3 – Limited Access Drugs and "Specialty" Pharmacies |
| | | | | | f. Exh. 86 – 1.1.16 Amendment No. 4 to Prescription Benefit Services Agreement for Medicare Part D between SilverScript Insurance Co. and Caremark |
| | | | | | g. Exh. 122 - 2020 Performance Network Program – Trimester Report T3 |
| | C262 | | Deposition Transcript of Terri Swanson | 3.22.21 | |
| | C263 | | Exhibits to Terri Swanson | | a. Exh. 124 – 1.1.20 Amendment No. 14 to Prescription Benefit Services Agreement for Medicare |

7

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Part D between SilverScript Insurance Co. and Caremark |
| | | | | | b. Exh. 126 – Contract with Approved Entity Pursuant to Sections 1860D-1 Through 1860D-43 of the Social Security Act for the Operation of a Voluntary Medicare Prescription Drug Plan between **CMS and SilverScript Insurance Company** |
| | | | | | c. Exh. 129 – 5.14.19 Aetna Internal Email from Terri Swanson to George Alatzas and Jean Walker RE Question from Eva |
| | | | | | d. Exh. 131 – 1.1.16 Amendment No. 4 to Prescription Benefit |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Services Agreement for Medicare Part D between SilverScript Insurance Co. and Caremark |
|  |  |  |  |  | e. | Exh. 133 - Amendment No. 12 to Prescription Benefit Services Agreement for Medicare Part D between SilverScript Insurance Co. and Caremark |
|  |  |  |  |  | f. | Exh. 134 – 7.3.19 Aetna Internal Email between Nicole Murowsky and Terri Swanson RE SSI Bid/MTM |
|  | C264 |  | Deposition Transcript of Stephen Kaczmarek | 10.26.21 |  |  |
|  | C265 |  | Exhibits to Stephen Kaczmarek |  | a. | Exh. 15 - 2020 Performance Network Program – Trimester Report T3 |
|  | C266 |  | Deposition Transcript of Terri Swanson | 12.9.21 |  |  |
|  | C267 |  | Deposition Transcript of Steven McCall | 11.30.21 |  |  |

9

| | C268 | | LEFT BLANK INTENTIONALLY | | |
|---|---|---|---|---|---|
| | C269 | | LEFT BLANK INTENTIONALLY | | |
| | C270 | | LEFT BLANK INTENTIONALLY | | |
| | C271 | | LEFT BLANK INTENTIONALLY | | |
| | C272 | | LEFT BLANK INTENTIONALLY | | |

VI.     Emails

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
| | C273 | CMK_MSN_000 1078-1079 | Attachment to Email chain with Rebecca Justice (Caremark) questions re excluded pharmacies | 4.6.16 | |
| | C274 | CMK_MSN_000 0091-95 | Caremark's internal email chain from Nancy Christal to Neil, Mitch, Allison, John Lavin, Alan Lotvin, Michael McGuire, Rebecca Justice, et al re Impact of DIR fees on Specialty Pharmacies | 11.3.16 | |
| | C275 | CMK_MSN_000 0026-27 | Caremark's email chain from Mitch Betses to Nancy Christal cc: David Denton, Eva Boratto and Michael McGuire in response to Eric Percher from Barclays email, re SSI DIR questions | 11.3.16 | |
| | C276 | CMK_MSN_000 0097-99 | Caremark's internal email chain from David S Azzolina to Mitch Betses & Rebecca Justice re draft CVS earnings call transcript on DIR fees | 2.8.17 | |
| | C277 | CMK_MSN_000 4914-4917 | Caremark's internal email chain from Mitch Betses to John Levin, David Azzolina, Kristi Meyer, Chris Bos, Kimberly McDonnell, Todd Meek & Rebecca Justice re | 6.9.17 | |

10

| | | | | | |
|---|---|---|---|---|---|
| | | | percentage of independent pharmacy providers in network | | |
| | C278 | CMK_MSN_000 1093-1097 | Caremark's internal email chain from Richard Conway to Stephen Taubel, Tony Cheng, Gina McKee, Brian Correa, Rebecca Justice, Alisha Nolan & Neil Lund re excluded pharmacies | 6.28.17 | |
| | C279 | CMK_MSN_000 0008-09 | Caremark internal email thread between Rebecca Justice, Christine Gaudette & Daniel Zablocki, re Network Guarantee Payment | 6.26.17 | |
| | C280 | CMK_MSN_000 6126-6135 | Caremark Internal Email chain from Christine Gaudette to Rebecca Justice, Tony Cheng, and Alisha Nolan re: 2016 PNR SSI Calculation | 7.13.16 | |
| | C281 | CMK_MSN_000 0417 | Caremark Email from Kimberly McDonnell to Wendy Krasner at PCMA re: CMS inquiry into DIR | 1.29.16 | |
| | C282 | CMK_MSN_000 0066-69 | Caremark Email From David Azzolina to Cheri Rice at CMS re: DIR Fees | 8.3.16 | McCall Dep. Exh. 73 |
| | C283 | CMK_MSN_000 0959-0961 | Caremark Internal Email from Mitch Betses to David Azzolina; Rebecca Justice re earnings speech | 2.5.17 | |
| | C284 | CMK_MSN_000 0320-321 | Email from Cheri Rice (CMS) to David Azzolina (Caremark) re DIR fees | 7.26.16 | |
| | C285 | CMK_MSN_000 5496 | Caremark's internal email chain from Sarah Doyle to Harry, Troy, Rebecca Justice & Gina McKee re Amendment to SSIC Intercompany Agreement Networks and 340B | 4.29.16 | |
| | C286 | | LEFT BLANK INTENTIONALLY | | |
| | C287 | CMK_MSN_001 1352-1364 | Attachment to Email Chain re: Specialty Deck | | |

11

| | | | | | |
|---|---|---|---|---|---|
| | | | -Caremark Specialty Considerations Powerpoint | | |
| | C288 | CMK_MSN_001 1038-1053 | Attachment to Email Chain re: PNP Specialty Strategy 2017 2018 DRAFT 01 17 2017dh.ppt | 1.17.17 | |
| | C289 | CMK_MSN_000 0981-984 | CVS Internal Email from Eva Boratto to Rebecca Justice, Mitch Betses, David Azzolina and Daniel Davison re: Earnings Script on DIR Network Fees | 2.5.17 | |
| | C290 | CMK_MSN_000 1709-1711 | CVS Internal Email from John Lavin to Allison Brown, Neil Lund, and Luciana Ciotinga re: Privileged and Confidential Meeting – PSAO response to preferred request | 3.6.17 | |
| | C291 | CMK_MSN_001 1295-1297 | CVS Internal Email from Rhonda Norton to David Hutchins re: PNP Specialty Drugs – 10/10/17 V2 | 10.10.17 | |
| | C292 | CMK_MSN_001 1246-1253 | CVS Internal Email from Rhonda Norton to David Hutchins re: Specialty Universe Precheck | 6.15.18 | |
| | C293 | CMK_MSN_001 1203-1210 | CVS Internal Email from Rhonda Norton to David Hutchins re: Specialty Universe Precheck | 6.18.18 | |
| | C294 | CMK_MSN_001 1310-1314 | CVS Internal Email from David Hutchins to Rhonda Norton re: Specialty Universe Precheck Client List | 10.11.18 | |
| | C295 | C03438 | Email from Daniel Andrzejek (MW) to mdavidson@prescribewellness.com | 8.11.16 | |
| | C296 | C03447 | Email from Kathy Appuhn (MW) to Daniel Andrzejek (MW) re DIR fees Jan and Feb 2019 | 3.11.19 | |

| | | | | | |
|---|---|---|---|---|---|
| | C297 | CMK_MSN_0000778-818 | CVSHealth Star Ratings Update | 10.2015 | |
| | C298 | CMK_MSN_0001426 | CVS Internal Email between Rebecca Justice and Brian Correia RE Pharmacy Classification | 11.3.16 | |
| | C299 | | LEFT BLANK INTENTIONALLY | | |
| | C300 | CMK_MSN_0011028 | CVS Internal Email from Michael Murphy to Brian Correia, William Wellman and Scott Luther RE Specialty Drug Summary 101 Products - Specialty drugs for Heartburn | 3.1.17 | |
| | C301 | CMK_MSN_0011029 | Specialty Drug Summary 101 Products - Specialty drugs for Heartburn (Spreadsheet) | | |
| | C302 | CMK_MSN_0010918 -19 | CVS Internal email from Gina McKee to Brian Correia, Michael Murphy, and John Lavin RE: List for Allison | 3.17.17 | |
| | C303 | | LEFT BLANK INTENTIONALLY | | |
| | C304 | | LEFT BLANK INTENTIONALLY | | |
| | C305 | | LEFT BLANK INTENTIONALLY | | |
| | C306 | | LEFT BLANK INTENTIONALLY | | |
| | C307 | | LEFT BLANK INTENTIONALLY | | |

VII.  Illustrations

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
| | C308 | | Caremark's DIR Fees Assessed on Mission Wellness' 340B Claims | | |
| | C309 | | Caremark's DIR Fees Assessed on Mission Wellness, Total - All Claims | | |
| | C310 | | Stakeholder Diagram | | |

13

| | | | | | |
|---|---|---|---|---|---|
| | C311 | | Caremark Medicare Part D 2016 Overall Profitability Chart | | |
| | C312 | | Caremark Medicare Part D 2017 Overall Profitability Chart | | |
| | C313 | | Caremark Medicare Part D 2018 Overall Profitability Chart | | |
| | C314 | | Caremark Medicare Part D 2019 Overall Profitability Chart | | |
| | C315 | | Caremark Medicare Part D 2020 Overall Profitability Chart | | |
| | C316 | | Caremark Medicare Part D 2021 Overall Profitability Chart | | |
| | C317 | | Mission Wellness Video 1- Pharmacy Tour https://youtu.be/OXO2nOLh_nI | | |
| | C318 | | Mission Wellness Video 2 – Pharmacy Tour https://youtu.be/h8O3HzzXHAU | | |
| | C319 | | Mission Wellness Video 3 – Patient Journey https://youtu.be/Yc6wPLdirj8 | | |
| | C320 | | Mission Wellness Photograph | | |
| | C321 | | LEFT BLANK INTENTIONALLY | | |
| | C322 | | LEFT BLANK INTENTIONALLY | | |

VIII.   **Mission Wellness Pharmacy Spreadsheets**

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
| | C323 | C04550 | Mission Wellness 2016 P&L | | |
| | C324 | C04551 | Mission Wellness 2017 P&L | | |

| | | | | | |
|---|---|---|---|---|---|
| | C325 | C04552 | Mission Wellness 2018 P&L | | |
| | C326 | C05347 | Mission Wellness 2019.01-06 P&L | | |
| | C327 | C05348 | Mission Wellness 2019.07-12 P&L | | |
| | C328 | C05349 | Mission Wellness 2020.01-06 P&L | | |
| | C329 | C05350 | Mission Wellness 2020.07-12 P&L | | |
| | C330 | | Caremark Actually Measured only 1% of Mission Wellness Medicare Part D Claims, By Revenue (2016-2020) (Corrected) | | |
| | C331 | C05393 | Mission Wellness 2021 P&L | | |
| | C332 | | LEFT BLANK INTENTIONALLY | | |
| | C333 | | LEFT BLANK INTENTIONALLY | | |
| | C334 | | LEFT BLANK INTENTIONALLY | | |
| | C335 | | LEFT BLANK INTENTIONALLY | | |
| | C336 | | LEFT BLANK INTENTIONALLY | | |

IX.     **Caremark Spreadsheets**

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
| | C337 | CMK_MSN_0022398 | Claims Spreadsheet 2016-2021 | | |
| | C338 | CMK_MSN_0002978 | DIR Fee Reporting Spreadsheet (Blank) | | |
| | C339 | CMK_MSN_0015938 | PQS Spreadsheet | | |
| | C340 | | LEFT BLANK INTENTIONALLY | | |
| | C341 | | LEFT BLANK INTENTIONALLY | | |
| | C342 | | LEFT BLANK INTENTIONALLY | | |
| | C343 | | LEFT BLANK INTENTIONALLY | | |

15

|  | C344 |  | LEFT BLANK INTENTIONALLY |  |  |
|  | C345 |  | LEFT BLANK INTENTIONALLY |  |  |
|  | C346 |  | LEFT BLANK INTENTIONALLY |  |  |

X.   **Miscellaneous Documents**

| ADMITTED Y/N | EXHIBIT # | BATES RANGE | DESCRIPTION | DATE | DEPOSITION EXHIBIT # |
|---|---|---|---|---|---|
|  | C347 | CMK_MSN_0018836-849 | Remittance Advice | 1.16.19 |  |
|  | C348 | CMK_MSN_0018903-921 | Remittance Advice | 2.13.19 |  |
|  | C349 | CMK_MSN_0019428-449 | Remittance Advice | 8.14.19 |  |
|  | C350 | CMK_MSN_0022077-099 | Remittance Advice | 12.29.21 |  |
|  | C351 |  | CHART – Top 15 Specialty Pharmacies-DCI-2020 |  |  |
|  | C352 |  | **EXHIBIT WITHDRAWN** |  |  |
|  | C353 |  | Actuarial Standards Board – Actuarial Standard of Practice No. 23 | 12.2016 |  |
|  | C354 |  | Ge Bai's Expert Report | 1.25.22 |  |
|  | C355 |  | Ge Bai's CV |  |  |
|  | C356 |  | Laura Coe's Expert Report | 12.28.21 |  |
|  | C357 |  | Coe's Work Papers – Trimester Report Summary (Spreadsheet) | 12.28.21 |  |
|  | C358 |  | Coe's Work Papers – Financial Summary |  |  |
|  | C359 |  | Deposition Excerpt of Gina Redner | 1.31.19 |  |
|  | C360 |  | Deposition Excerpt of Todd Meek | 1.31.19 |  |
|  | C361 |  | Deposition Excerpt of Steven McCall | 3.18.21 |  |
|  | C362 |  | Deposition Excerpt of Steven McCall | 11.30.21 |  |
|  | C363 |  | Deposition Excerpt of Terri Swanson | 3.22.21 |  |

| | C364 | | Deposition Excerpt of Terri Swanson | 12.9.21 | |
| --- | --- | --- | --- | --- | --- |
| | C365 | | Maria Lopez Resume 2021 | | |
| | C366 | | Society of Actuaries – Risk Scoring in Health Insurance: A Primer | 07.2016 | |
| | C367 | C05391-92 | EQUIPP | | |
| | C368 | C05351-90 | WellPartner Contract and Amendments | 10.8.13 | |
| | C369 | C02910-C03389 | Elevate Provider Network Remittance Advise for 7.1.18 to 12.31.18 | | |
| | C370 | C02502-C02909 | Elevate Provider Network Remittance Advise for 1.1.18 to 6.30.18 | | |
| | C371 | C00766-C01566 | Elevate Provider Network Remittance Advise for 1.1.17 to 12.31.17 | | |
| | C372 | CMK_MSN_002 2417-2432 | Amendment to NEF Medicare Part D 340B Network (AEO) | 1.14.16 | |
| | C373 | CMK_MSN_002 2433-2449 | Amendment to NEF Medicare Part D 340B Network (AEO) | 1.14.16 | |
| | C374 | CMK_MSN_002 2450-54 | NEF Med D 340B Between CVS Specialty and Caremark (AEO) | 1.14.16 | |
| | C375 | CMK_MSN_002 2455-69 | Amendment to NEF Med D 340B (AEO) | 1.1.21 | |
| | C376 | CMK_MSN_002 2401-16 | Amendment to NEF Med D 340B (AEO) | 4.1.21 | |
| | C377 | | Map of Pharmacies | | |
| | C378 | | LEFT BLANK INTENTIONALLY | | |
| | C379 | | LEFT BLANK INTENTIONALLY | | |
| | C380 | | LEFT BLANK INTENTIONALLY | | |
| | C381 | | LEFT BLANK INTENTIONALLY | | |